## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STELLA M. REEVES,    &ast;

        &ast;

   Plaintiff,   &ast;

        &ast;

v.        &ast;  Civil Action No.

        &ast;

U.M. PRINCE GEORGE'S HOSPITAL &ast;

CENTER,      &ast;

        &ast;

   Defendant.  &ast;

        &ast;

_____&ast;

## NOTICE OF REMOVAL

Defendant, improperly named as U.M. Prince George's Hospital Center,[1] by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1441, *et seq.*, hereby removes this action filed as *Stella M. Reeves v. U.M. Prince George's Hospital Center*, Case No. CAL21-06140, from the Circuit Court for Prince George's County, Maryland, where the action is now pending, to the United States District Court for the District of Maryland, and as grounds for removal states as follows:

1.  Pro se Plaintiff, Stella M. Reeves, filed this action against Defendant in the Circuit Court for Prince George's County, Maryland on or around May 23, 2021. Copies of all process, pleadings, and orders filed in the state court action are attached hereto as Exhibits 1 to 3. *See* 28 U.S.C. §1446(a). A copy of the docket sheet from the state court action is attached hereto as Exhibit 4.

---

[1] Although this Notice of Removal is being filed on behalf of "U.M. Prince George's Hospital Center," that entity does not exist. The proper entity is University of Maryland Capital Region Health. UM Capital Region Health reserves the right to assert and does not waive the defense of improper party by filing this Notice of Removal. Moreover, upon removal, UM Capital Region Health will request that Plaintiff amend her Complaint to substitute the correct Defendant.

2.      Defendant received a copy of the Summons and Complaint via hand delivery on June 8, 2021.  Accordingly, removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is being filed within thirty (30) days after Defendant's receipt of a copy of the initial pleading.

3.      Venue is proper in the United States District Court for the District of Maryland because it is the District Court for the District within which Plaintiff's state court action is currently pending.

4.      The United States District Court for the District of Maryland has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 based upon federal question jurisdiction because Plaintiff alleges that Defendant discriminated against her based on her disability and retaliated against her in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq*.

5.      There is no other Defendant in this action.  Thus, pursuant to 28 U.S.C. § 1446(b)(2)(A), no other Defendant need consent to the removal of this action.

6.      As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will file a copy of this Notice with the Clerk of the Circuit Court for Prince George's County, Maryland, and will provide Plaintiff with a copy of such Notice as well.  Attached hereto as Exhibit 5 is a copy of the Notice of Filing Notice of Removal, which will be filed in the Circuit Court for Prince George's County, Maryland.

7.      Defendant requests that the United States District Court for the District of Maryland assume jurisdiction over the above-captioned action, and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

8.    Defendant shall file a certification that all filings in the state court action have been filed in the United States District Court for the District of Maryland within 30 days.


Dated: July 7, 2021                              Respectfully submitted,

                                                         /s/
                                                 _____
                                                 Lindsey A. White (200803170001)
                                                 Veronica Yu Welsh (1312190344)
                                                 SHAWE ROSENTHAL LLP
                                                 One South Street, Suite 1800
                                                 Baltimore, MD 21202
                                                 Telephone: (410) 752-1040
                                                 Facsimile: (410) 752-8861
                                                 white@shawe.com
                                                 vyw@shawe.com

                                                 *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2021 a copy of the foregoing Notice of Removal was

served via mail and e-mail upon:

Stella Marion Reeves
108 Canyon Place
Capitol Heights, MD 20743
Stella_reeves56@yahoo.com

*Plaintiff*

_____/s/_____
Lindsey A. White

#915375_3