IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

(Full name and address of Plaintiff)

Stella Marion Reeves
108 Canyon Place
Capitol Heights, MD. 20743

Plaintiff(s)

vs.

Case No.: CAL21-06140

(Full name and address of Defendant)

University of Maryland
Prince Georges Hospital Center
3001 Hospital Drive
Cheverly MD. 20785

Defendant(s)

## COMPLAINT & JURY DEMAND

COMES NOW, Plaintiff, Stella M. Reeves representing myself, brings this complaint against the Defendant(s) UM P.G. Hospital Center and hereby alleges as follows.

## JURISDICTION & VENUE

1. Jurisdiction is proper under MD. Code ANN., CTS. & JUD. PROC. §§ 6-102 and 6-103.

   The facts of this case are: Please see attached complaint

2.

3.

4.

5.

1E

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

WHEREFORE, Plaintiff demands judgment in the form of compensatory damages against the Defendant(s) in the amount of $ 372,400, plus interests and costs.

## JURY DEMAND

Plaintiff hereby requests a jury trial as to all issues alleged herein.

Stella M. Reeves
108 Canyon Place
Capitol Heights MD. 20743
301-509-8723
(Plaintiff's name, address and phone number)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __28th__ day of __May__, 20__21__ a copy of __Discrimination and Retaliation of the Violation of Americans With Disabilities Act__ was mailed by first-class mail, postage prepaid, to:

University of Maryland
Prince George's Hospital Center
3001 Hospital Drive
Cheverly, MD. 20785
Name, Address and Telephone Number  301-618-2000

Stella M. Reeves
Self-Represented Litigant
108 Canyon Place
Capitol Heights MD. 20743
301-509-8123
Name, Address, and Telephone Number

**CIRCUIT COURT FOR** Prince George's County ☒ **, MARYLAND**
City/County
Located at 14735 Main Street, Upper Marlboro MD, 20772   Case No. CAC-21-06140
Court Address

| STELLA M. REEVES | vs. | U.M. Prince George's Hospital Center |
|---|---|---|
| Plaintiff | | Defendant |
| 108 CANYON PLACE | | 3001 Hospital Drive |
| Address | | Address |
| CAPITOL HEIGHTS, 20743     301-509-8123 | | Cheverly Maryland, 20785     301-618-2000 |
| City, State, Zip     Telephone | | City, State, Zip     Telephone |

## CERTIFICATE OF SERVICE

I certify that on this __28th__ day of __May__, __2021__, a copy of the
                                    Month            Year
document(s) titled __Discrimination and Retaliation of the Violation of Americans with Disabilities Act__
                    Title(s) of document(s)

was/were ☐ mailed, postage prepaid ☒ hand delivered, to:

U.M Prince George's Hospital Center              3001 Hospital Drive
           Name                                         Address
                                                 Cheverly Maryland, 20785
                                                      City, State, Zip
U.M. Capital Region Health                       3001 Hospital Drive
           Name                                         Address
                                                 Cheverly Maryland, 20785
May 28 2021                                           City, State, Zip
   Date                                          _Stella M. Reeves_
                                                 Signature of Party Serving

**CC-DR-058 (Rev. 06/2019)**

# "COMPLAINT"

## Discrimination and Retaliation

## of the

## Violation of Americans with Disabilities Act

Because I suffer with a slight mental impairment, I was openly, publicly and disgracefully, Discriminated against, through verbal mental abuse and harassment, and after mentally and emotionally no longer being able to tolerate, the open acts of humiliation, I was advise to file a charge of discrimination under the Americans with Disability Act, against the Head Supervisor, Ms. Lystra Caruth, of the Operating Room of the Surgical Department, at the University of Maryland, Prince George's Hospital Center in, "Cheverly Maryland", also known as the University of Maryland Capitol Region Health.

Now, because Ms. Lystra Caruth was extremely close friends with the Head Director, Ms. Schallery Colbert, of this same department, out of retaliation, immediately after filing these charges, against her friend, three days later, with only 20 days left in my probationary period, I was terminated from my position.

Now, after a through investigate was done, I was rehired back, but at a new location, at a lower pay salary and a position that they were not willing to accommodate the mental issues, that I was suffering with. They purposely made me work even harder and more strenuously, and because of this, I my symptoms caused me to suffer and experience a fainting spell, which I had to be rushed to the emergency room and admitted into the hospital, which I was ordered by my doctor to remain home for 4 days, because of the symptoms of my disability.

Upon my returning, back to work at my new location, my new supervisor requested that I report to her office and after shutting the door, she bought up the issue of the charges that I had filed against my ex-supervisor, her good friend Ms. Lystra Caruth. She stated to me that I had gotten her best friend, who had been with the company for over 10 years fired, and for no reason at all, less than 2 weeks later, after being out of the hospital, out of retaliation I was terminated again.

At my hiring date, I was paid about $20.00, an hour and I am requesting lost wages for the last 3 years, along with holiday pay, that would give us time and a half, which would amount to close to $122,400 dollars.

For the damages, of mental and emotional abuse, the humiliation through open acts of embarrassment, harassment, belittling and degrading me as a human being, that I was forced to cruelly and viciously endure, causing me to live in a deep state of depression for two years.

I am asking for $250,000 Dollars for these damages.

At the beginning of the year, "2018" I was in a very severe car accident, causing me to suffer with a severe head injury. The accident caused me to suffer a traumatic head concussion and I was diagnosed with traumatic vertigo.

Now Traumatic Vertigo, is a mental disorder that effects individuals who have experienced or suffered blunt trauma to the head and neck. These types of injuries can result from motor vehicle accidents, falls, and or assault blows to the head.

Now, this condition does not make any one less intelligent, it just alters their ability to mentally adjust quicker, than normal, causing dizziness, light headedness, and forgetfulness. The symptoms of traumatic vertigo could also cause you to become unbalanced and discombobulated at times, and the possibility of maybe even fainting.

After suffering from this traumatic head injury, I started to experience changes and problems in my thinking (cognitive) skills, I was having difficulties in focusing and it was taking me a little longer to process, my learning skills, concentration, and I was experiencing temporary hearing and memory loss.

**As I stated before that a mental disability is of no one's faults, and again, it does not make a person stupid or mentally challenged, slow or ignorant, you are just slightly mentally impaired, and because someone suffers with a disability, is heart wrenching enough, to know that mentally you are just a little slower than normal, which this can sadden anyone and make you feel like an outcast, and at times in a state of endlessness, but when someone is viciously, cruelly, and openly reminding you of this handicap and literally remarking out of humor, hatred and or even a joke, can cause a person to fall into a worsen state of depression, that is not easily over looked, and even harder to live with.**

I am a college graduate with a degree in teaching, along with receiving many certificates of training in medical care services. I taught and retired from the Maryland Public School System for 25 years, while also successfully raising close to 83 Therapeutic Foster Children, who also suffered with mental disabilities and or disorders, but in no way at all were any of my babies stupid.

**My babies would come home every single day complaining that they were being tease and offended because of their mentally disabilities. They would cry day and night for months and months and had to be placed in therapy sessions, because of deep in sighted depression. I could never understand or relate to their pain, but I continually reminded my babies that the kids were just being cruel and mean and that they were not stupid at all, but they would cry bitterly, about the mental abuse that was being inflicted upon them.**

<u>Never in a million years did I ever feel that I would actually be made to endure that same kind of pain and hatred, and suffering that my babies had to experience.</u>

The car accident that I was in did not cause me to be stupid, it just caused me to have a mental impairment, and I should have not been discriminated and belittled because of this impairment.

After a while of medical care and treatment, my doctor suggested and advised that I file for Disability, but after researching the financial amount that I would receive, and the time, that it would take to get a response, I realized that financial I would not enable to keep my home or pay my bills, so against her will, I literally had to go back to work.

So, after receiving a lengthy amount of on-going physical therapy treatments, along with taking the medication that was prescribed to me, the condition would remain, but the symptoms would temporally be sustained, bringing me temporary relief, allowing me to return back to work, so, upon my request, my doctor released me to go back to work.

So, on May 1, 2018, prior to completing a job application, I was hired at the **University of Maryland, Prince George's Hospital Center in, "Cheverly Maryland"**, as a Unit Secretary, in the Surgical Service Department, at this facility, with the knowledge and training of the work experience required.

I believe that, with my educational background and knowledge of the work experience required, they knew that I was thoroughly qualified in this field and with the proper amount of training that the facility was offering, during the 90-day probationary period, they knew that I would be able to perfect my skills, that would have enabled me to master the requirements that was needed, for this position.

Now, during my interview, I went into full details of my prior car accident that I had suffered from and the diagnosis of the disability impairment as well as the symptoms, that I had and have been experiencing.

**Now the Human Resource Department Supervisor, was very, very pleasant, understanding and extremely accommodating to my disability. During my interview for this position, I was required to take numerous amounts of testing to see if I qualified for this position, and after passing all of the required test, with excellent grade scores, the hiring Human Resource Department Supervisor was so impressed, with my scores that she stated that I did not have to worry about fainting or falling out, because the position that I was being hired for would require me to be sitting down all day and she stated that if I felt lightheaded or dizzy, she instructed me to move away from my desk and just take a slight break.**

So, after receiving my parking permit and badge, I was sent down to the O.R., where, for the next three-months my probationary training period would begin.

I was assigned to be trained by the Head O.R. Nurses Supervisor, Ms. Lystra Caruth, to further my skills, that would enable me to enhance my knowledge in this field and department.

Now, during my three-month probationary training period, the Head O.R. Supervising Nurse, Ms. Lystra Caruth, who was assigned to train me, was also aware of my prior accident and condition and as a Head Supervising Nurse, she was deeply knowledgeable of the symptoms, that came along with this impairment, but for some reason, her reactions to my symptoms, were unsympathetic. Her behavior and demeanor was viciously cruel and shocking.

The Head O.R. Supervising Nurse, Ms. Lystra Caruth who was assigned to train me, would turn out to be, neither professional qualified, nor personally skilled, to train or work with anyone.

This one individual supervisor, after being knowledgeable about my impairment condition, would continue to commit and afflict a tremendous number of insulting acts of open and on-going verbal attacks of abuse along with, no-stop hostel attacks of harassment towards me.

Now, while in training, I was making a few minor understandable mistakes, mainly of not being able to pronounce the conditions properly and not knowing the full knowledge and definition of certain medical terminologies, as well as some of the names and locations of the medical equipment. Now, as a new employee, I had to learn, the accurate location of the medical equipment, needed for each procedure.

Now, the storage equipment cabinet where these medical equipment were supposed to be, sterilized, and safely stored, was in a horrible, horrible mess. Medical Equipment that was supposed to be used on the surgical procedures were all over the floors and very, very dirty. This storage area was such a mess until, I had to take the entire medical closet down and clean and restack the equipment properly and alphabetically, so that they could be found when needed.

Now during my training, I carried a notebook and pencil with me everywhere I went, that I might be able to takes detail notes as well as because of the slow memory problems that I was suffering and experiencing from. I needed my notes, to reflect to during this training period, even though I was very knowledgeable in this arear, the head injury that I had sustained and because of the symptoms of the condition of the vertigo, my notes would help me to fully understanding the proper procedures and protocols of the job requirements.

Now in doing this, she did not accept it as a new employee needing instructions to refer to, on this new position, or when I would ask her to repeat herself, or maybe that I was not thinking fast enough for her, because of the slight mental impairment, and because of this, she would become very offended, and she took it as though I was being stupid, dumb, and slow and in doing so, she would openly and continually, verbalize extremely abusive slurs, disrespecting, humiliating and embarrassing me with these horrible, horrible insults.

<u>Now, realizing in training, and that this was a new format, and there would be a few of the procedures that I was not thoroughly proficient in, and because of the slight impairment that I was suffering from, of temporary spells of memory lost, and occasional dizziness, I would not grasp her instruction as swiftly as she would have wanted me to, therefore I would continually look back into my notes to get clarification of her instructions, or to may be ask her to repeat herself, because the symptoms that I had been experiencing had cause me to receive instructions just a little slower than normal in arears that I was not noticeably familiar with. When there were terminologies, that I did not understand, I would pull the term up my phone to look up the definition, but in her responsibilities of correctly, correcting me in training, understanding that the notes were needed because of my condition until I had perfected the procedures and instead of her realizing that my notes were also taken for these reason, my notes were literally offending her, and her mannerism of speech and statements towards me just for needing my notes to rely on and not remembering her instructions, instead of instructing me properly and professionally, her attitude and respond was very fowl, harsh, degrading, demeaning and disrespectful. The attitude and the respond of this one supervisor, towards me, would be extremely belligerent, pervasive, and cruel. Her verbal conduct was excessively intimidating, offensive, and abusive, through harassment, making my working environment extremely hostile and intimidating, belittling me and lashing out at me with extremely nasty ridicules about my illness, continually stating that it seemed as though the accident had caused me to become mentally retarded.</u>

<u>She would continually mock me with open insults, verbally attacking me, while continually putting me down in front of my peers, as well as the patients, making everyone aware of my condition. She would continually call me dumb, stupid, ignorant, and mentally challenged, again, causing me to become very, embarrassed, humiliated and very, very depress.</u>

<u>Very loudly and openly, she would continue to state, that my condition was causing me to be, slow, stating that I needed to take more of my medication, because the dosage was wearing off.</u>

This act of abuse was as though she had an emotional charge with an aggressive behavior of anger and hatred towards me, causing the worst case of mental and emotional abuse on one human being ever.

Moreover, she had no problem showing it in front of everyone. The verbally embarrassment and humiliating attacks, had caused me to run out of the O.R. many, many times and into the ladies' room in tears.

This abuse has caused me to suffer with a deep state of depression, and now even after 2 and a half years, I still continue to take medication, for depression.

Again, please, please, please allow me to say it again, Traumatic Vertigo, does not a make a person, dumb, stupid, or retarded, as I was continually and openly being made to feel, with continued open statements being made in front of my peers,

## I AM NEITHER DUMB, NOR STUPID.

This intimidation had been ongoing and nonstop for two months, making it literally impossible for me to receive the proper instructions of my everyday responsibilities, of the procedure of my everyday duties therefore, I was forced to train and retrain myself, after she left for the day.

Now, as a new hire here, at the **University of Maryland, Prince George's Hospital Center in, "Cheverly Maryland"**, and still being on probation, along with also suffering with a slight mental impairment, I was very, very sad, and depress, and during my breaks, I stayed either in the ladies room, or on the outside in my car by myself, because I was very fearful and ashamed to speak out about her aggressive and demeaning behavior, also because I knew that this supervisor Ms. Lystra Caruth, was very good friends with the managerial staff and my Directors, Ms. Schallery Colbert, so out of fear and intimidation or maybe even retaliation, I was fearful that if I made a complaint that it would be held against me.

I needed my job really bad, so I felt I had to take this abuse, but the working conditions were so unbearable, because of this disrespectful and deeming way that I was being continually spoken to by this Head Supervisor, Ms. Lystra Caruth.

**It was advised and warned to me to try to overlook and endure these attacks and just get through my ninety-day probationer period, because of whom she was acquainted with, but the attacks became so unbearable and so overwhelming until it was just a little more mentally draining and disturbing than I could bear. This type of mental abuse and belittling that had been afflicted upon me, had been so deplorable to the point that it had begun to literally weaken my strength and causes me to cry a lot, causing me to stay in a sever mold of depression and seeking psychiatric counseling.**

So, after a continuation of the ongoing verbal abuse of attacks, slur and put downs towards me, I would sit at my desk crying because of the mental hurt that I was made to endure.

Now, during all the time of noticing and witnessing the constant mental verbal abuse, that was being afflicted upon me, a few of my co-workers went into the Director's Ms. Schallery Colbert's office and complained on my behalf, about the verbal grievance of abuse, and the cruel and hostel gestures that were being made towards me, and requesting that this Supervisor, Ms. Lystra Caruth, either be removed, or may be stop her from harassing and mentally abusing me, but for some reason my Director Ms. Schallery Colbert, would not stop the open acts of discrimination, against me because of my disability and there was never, ever a positive outcome or change to their complaints and concern.

Ms. Tamani Nichols, the Ortho Coordinator and Director, literally almost started a fight with my Supervisor, Ms. Lystra Caruth, trying to make her leave me alone.

So close to two and a half months after no longer being able to tolerate the harassment, and the ongoing verbal abuse and attacks of slurs and put down towards me, and embarrassment of these open act's discrimination, I went to another Supervisor, in the Operating Room, Ms. Sheila George, literally crying and, begging her to help me with his situation.

**So, after my last conversation with the Supervisor, Ms. Sheila George, she requested that I put my complaint in writing and to submit a copy to, the Human Resource department and to the head Director of the operating room, Ms. Schallery Colbert, about the cruel acts of discrimination that was being committed against me, in hopes that they would possibly stop the verbal attacks of abuse, or maybe even assigning me to another supervisor, that I may be able to complete the short time that I had left in my probationary training.**

So, after no longer being able to tolerate the harassment and embarrassment of this public open act humiliation, through verbal abuse, and discrimination, and upon the advice of Ms. Sheila Georges, on July 13, 2018, with less than 20 days left of successfully completing my probationary period, I reluctantly, made a formal written complaint of discrimination, because of my disability, to my Head Director, Ms. Schallery Colbert and to the Human Resource Department, in hopes that they would possibly stop the verbal abuse and attacks or maybe even assigning me to another supervisor to complete my training.

Now after I made and submitted this report in writing to my Head Director Ms. Schallery Colbert, who was Ms. Lystra Caruth's, best friend, maybe 3 or 4 days later the on 18th of July 2018, I was terminated.

They stated to the Human Relations Commissions and the EEOC, that I had made many numerous performances related mistakes, and that was the reason for my termination.

<u>Now, in an Operating Room, there is little to no room for medical mistakes, because we were working with human lives and one mistake could cause a patient their life, so after being on this position for close to 90 days, with only less than 20 days left to my probationary period and after 70 days of posting procedures as many as 4 a day, they could not prove that I had made one mistake.</u>

<u>In all Hospital Care Facilities, medical records are not allowed to be shredded or thrown away, and all of our posting procedures had to be signed by the individual who posted the procedure, so with all of the medical documented procedures, that I posted had my SIGNATURES on them to prove, that all of my work was submitted efficiently, accurately, properly and timely for each medical procedure that was performed, so with this information being still in the system, their reasons for my termination was indeed false and as I spoke of before, if I had been documenting these medical LIFE THREATENING PROCEDURES, inaccurately as they stated, why would they have allowed me to document so many of them, and then after the investigation was completed, why would they hire me back to do it again. That decision could have possibly maybe cause many, many mal-practice error and or emergency, and even DEATH to our patients, if my work were not accurate.</u>

There was absolutely nothing done about this abuse until I filed my complaint of discrimination, which was suggested to me by Ms. Sheila George the O.R. Nurse Supervisor.

It was only when I filed the letter of discrimination against my supervisor, begging them to please make her stop harassing and abusing me to the point of, humiliation, and tears, about this slight disability impairment, stating to them that I felt that I was being discriminated against.

**So, only after that complaint was written and submitted, they then decided to terminate me.**

**This facility stated that with cause of not efficiently and properly documenting one operational procedure correctly, two days after I submitted the complaint of discrimination, was the reason I was being terminated, but as I explained to them that I did not post that procedure, I told them that I did not have a clear understanding of that type of procedure and when I over headed an emergency call alert, for the Head Supervisors, Ms. Lystra Caruth, to come and assist me in posting this procedure, because she knew about the complaint that I had submitted against her, she would purposely ignore my emergency alert call and purposely not come to assist me, so I had to ask one of the Operating Room Doctors, to post this emergency procedure and the doctor accidently posted the procedure to be performed on the patients left arm and not his left ankle, but they blamed me.**

**The Doctor literally told them that he had posted it, but the system would still show my name, because it was posted on my computer system under my name.**

**So, not only because I file this complaint of discrimination, against Ms. Lystra Caruth, because of her mental abuse and harassment against her, was I terminated, but she actually refused to come and assist me with the posting of a operational procedure, that could have possibly costed a patient their life.**

**There were also many, many, many witnesses' that could testify to my story to prove that I am indeed telling the truth.**

For them to retaliate against me and terminate me for standing up for what was right, which placed me in a deeper stage of mental hurt and depression, on top of everything else I had already been made to endure.

Now, after I was informed of their decision, to terminate me, I immediately went to report this to the Human Resources department, and it was then turned over to the Recovery and Investigation Department. I stated to them, that they knew that Mr. Lystra Caruth, was continually and openly making horrible slurs and remarks about my disability, while also not giving me the proper training that was needed for this position, causing me to literally have to train myself. I stated to them, that for two in a half months, in spite of what I was made to suffer and endure and with my former skills and educational training, all of my cases were successfully being posted, accurately and efficiently, with no former complaints and or concerns, but immediately after I submitted to them a letter of discrimination against their

friend, my former supervisor, Ms. Lystra Caruth, stating to them, that I was being discriminated against through harassment and verbally abused, because of this impairment, they immediately, immediately, told me that I was not meeting the job requirement skills.

**So, after a thorough investigation was completed, and speaking with many of my co-workers, on August 24, 2018, I was informed that I would be rehired, but at the Bowie Health Center location and for a lower salary. They had just given me a raise, but they literally took it back and my pay salary was $2.75 less, but my work duties and responsibilities had literally tripled.**

**As I stated before, one might have to asked, that if my work was so inaccurate and I was making many serious, life threating medical mistake, as they stated, then why would they allow me to come back to work with the possibly of maybe making even more detrimental medical mistakes on human lives, where many, many patients could have possibly died,**

**After the investigation was completed, they immediately fired the Head Supervisor, Ms. Lystra Caruth, who was committing these acts of discrimination against me, and they also fired the Head Nursing Supervisor, Ms. Sheila George, for advising me to file this complaint.**

So, after I returned back to work, and knowing my health condition, they purposely, intentionally and unfairly doubled my workload, along with registering and posting patients I was responsible to walk more than 85% of the day, in and out of patients' room.

Now because I need my job so bad, I had to except this position.

Now, during my short time of probation, and the new position that they had placed me in, and not the one that I was hired for, in a normal 8-hour shift in this new location, we were required to walk and register patients. You were assigned to sit and register for 4 hours and then exchange place with my co-workers and walk and register for 4 hours.

But ignoring my health condition and out of spite, they would continue to purposely force me to walk a complete 8-hour shift and not allow me to sit down, when I was scheduled to, even when we had a full staff, so after becoming a little dizzy and light headed I made a couple of very, very miner mistakes, and because of my condition and them purposely not accommodating my disability condition, I fainted and was rushed to the emergency room, where I was ordered to stay overnight for observation and testing.

Now, because my new supervisor was also a nurse, she fully understood the cause and symptoms of vertigo and she knew that the nonstop walking was causing me to stay continually dizzy and lightheaded, but she never tried to accommodate my disability.

I submitted a physician's report stating my condition and also stating that I was ordered to be out for 4 days.

**Now, before that incident, I was at work every single day and a half an hour early for all of my shifts, so that was the first time I was out during my entire hired date, at the University of Maryland, Prince George's Hospital Center in, "Cheverly Maryland".**

And because they knew my conditions, they knew that I was not supposed to be consistently walking, because the vertigo condition would cause me to become, dizzy, lightheaded, and possibly fainting.

**They actually knew that, but they made me do it any way.**

After being back and in my new location for only close to 30 days, my new supervisor, called me into her office and ask me to close her door. She then she ask me what had happen between myself and Ms. Lystra Caruth, my old Supervisor, she stated to me that she had heard that I had gotten her terminated, so I told her very nicely**, NO I DID'NT**, that Ms. Lystra Caruth, had gotten herself terminated, she informed me that Ms. Lystra Caruth was very well known around the facility and that they were very good friends.

**(I wish I had taped that conversation)**

**And then less than 10 day later after being back from to work, from my fainting spell, they would continue to ignore the need to accommodate the disability impairment that I was suffering with, and I was again called back into her office, and I was informed that I was being terminated again.**

I was on a ninety-day probationary period, but after only 10 days of being out of the hospital, they terminated me.

The document they submitted to me for their decision of termination was left blank and they did not give a reason.

I believe in my heart that this was their extension.

**To bring me back so that I could not file a charge or complaint against them for this open act of discrimination and retaliation for getting their friend fired.**

**I feel and believe that, not because I had the nerve, but I had no other choice to come up against management, knowing that they all would stick together, right, or wrong, when I submitted that first formal complaint in writing, that it would indeed follow me, and it looks like it did.**

**You know in this life, we hear and read in sorry about the horrible, horrible acts of job violence and how so many individuals come back to their job sites and severally harm innocent people, but no one really researches deep into the cause of what could have caused such horrible acts of crimes or maybe retaliation or venges to innocent people and maybe how these acts of crimes could have possible been prevented.**

**Now, I could never, ever hurt a soul, but I can indeed understand the hurt and mental pain, of the possible deplorable acts of mental abuse, mental degrading, humiliation, and also acts of openly belittling someone only because of maybe a disability, that they did not cause, or could help.**

**These individuals might have felt, mental depression to a point of endlessness and maybe cried out for help, but no one would listen to them.**

**No one deserves to be treated like this.**


Ms. Stella Reeves
108 Canyon Place, Capitol Heights MD. 20743
stella_reeves56@yahoo.com
301-509-8123