**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STELLA MARION REEVES, | * |
| Plaintiff, | * |
| v. | * |
| | *  Civil No. 21-1674-BAH |
| DIMENSIONS HEALTH CORPORATION d/b/a | * |
| UNIVERSITY OF MARYLAND CAPITAL REGION HEALTH, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED that:

(1) Defendant's motion for summary judgment, ECF 62, is **GRANTED**;

(2) Plaintiff's motion for leave to file a surreply, ECF 70, is **DENIED**; and

(3) The Clerk is directed to CLOSE this case and MAIL a copy of this order and the accompanying letter opinion to Plaintiff.

Dated: June 28, 2024

/s/
Brendan A. Hurson
United States District Judge